FILED
VANESSA L. ARMSTRONG, CLERK

JAN 04 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

REGINA L. GERMANY

INFORMATION

NO. 5:18MJ-14-LLK
18 U.S.C. §641

The United States Attorney charges:

## COUNT 1

On or about the 26th day of June 2017, in the Western District of Kentucky at Fort Campbell, Kentucky, within the special maritime and territorial jurisdiction of the United States, REGINA L. GERMANY, defendant herein, did steal funds from the cash register as a cashier, in the amount of $76.50.

In violation of Title 18, United States Code, Section 641.

RUSSELL M. COLEMAN
United States Attorney

By: _____
PAULA E. FINLEY
Special Assistant U.S. Attorney

REGINA L. GERMANY

## PENALTIES

### COUNT 1

18 U.S.C. §641

MINIMUM:

MAXIMUM: $100,000 and/or 12 months confinement

SPECIAL ASSESSMENT: $25